FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DONALD SMITH,

Plaintiff,

v.

KRISTINE SKIPWORTH, RON PEDERSON, and MICHELLE MASTOR,

Defendants.

No.   2:26-cv-203-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

Plaintiff, a prisoner currently housed at the United States Penitentiary, Florence High, in Florence, Colorado, filed this *pro se* civil rights complaint on May 5, 2026.[1] He did not pay the filing fee to commence the action as required by 28 U.S.C. § 1914.

---

[1] ECF No. 1.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 1

Plaintiff submitted a Declaration and Application to Proceed *In Forma Pauperis* By a Prisoner Bringing a Civil Rights Action Pursuant to 42 U.S.C. § 1983.[2] However, he failed to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their inmate account statement (or the institutional equivalent) for the six months immediately preceding the filing of the complaint.

By letter dated May 5, 2026, the Clerk of Court directed Plaintiff to submit a certified statement of his inmate account (or institutional equivalent) for the six months immediately preceding the submission of his complaint (also known as a PLRA statement).[3] The Clerk of Court instructed that after Plaintiff had complied with this requirement or paid the applicable fee of $405.00 ($350.00 filing fee, plus $55.00 administrative fee), his case would be presented to the Court for review.[4]

---

[2] ECF No. 2.

[3] ECF No. 4.

[4] *Id.*

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH
FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 2

On May 26, 2026, Plaintiff filed an inmate account statement.[5] However, his submission did not comply with the *in forma pauperis* statute.[6] He filed his Complaint on May 5, 2026, but his inmate account statement only reflected transactions during a two-month period, beginning on March 18, 2026, and ending on May 13, 2026.[7] In his Complaint, Plaintiff states that he has "been in the custody of the Federal Bureau of Prisons since 2016[.]"[8] Further, Plaintiff's account statement was not certified.

On June 2, 2026, this Court issued an Order to Comply with Filing Fee/*In Forma Pauperis* Requirements.[9] Plaintiff was directed to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding May

---

[5] ECF No. 5.

[6] *See* 28 U.S.C. § 1915(a).

[7] ECF No. 5.

[8] ECF No. 1 at 4–5.

[9] ECF No. 6.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 3

5, 2026.[10] In the alternative, Plaintiff was instructed to pay the full $405.00 filing fee.[11] Plaintiff was cautioned that failure to comply with the Order within thirty (30) days would result in the dismissal of this case.[12] Plaintiff did not comply with these directives and has filed nothing further in this action.

Accordingly, **IT IS ORDERED:**

1.    For the reasons set forth above and, in the Court's prior Order, ECF No. 6, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2.    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

---

[10] *Id.* at 3–4.

[11] *Id.*

[12] *Id.*

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 4

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, **enter judgment**, provide copies to Plaintiff, and **CLOSE** the file.

DATED this 15th day of July 2026.

EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 5