AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| DONALD SMITH, <br> *Plaintiff* <br> v. <br><br> KRISTINE SKIPWORTH, RON PEDERSON, and <br> MICHELLE MASTOR, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   2:26-cv-203-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   This Action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee and in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge     Edward F. Shea _____

Date:   July 15th, 2026 _____

CLERK OF COURT

s/Sean F. McAvoy
_____
*Signature of Clerk*